66,386-13

Dear Clerk,                                    Feburary 5, 2015

    Please find enclosed an Original Writ of Mandamus.

    Please file and present to the court at your earliest convineance.

    And please forward a copy to Ramona B. Rodriguez at 500 E. San Antonio Box # 8, Pearsall, Tx. 78061.

    I do not have access to a copy machine.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

    Thank you for your time on this matter.


    Respectfully


    Jesse Garcia # 1269743
    Ellis Unit
    1697 FM 980
    Huntsville, Tx. 77343

JESSE GARCIA      X    IN THE TEXAS

     Relator        X    COURT OF CRIMINAL

     V.            X    APPEALS, AUSTIN,

RAMONA B. RODRIGUEZ    X    TEXAS

IN HER OFFICIAL CAPACITY, CLERK   X

FRIO COUNTY DISTRICT COURT,    X

     Respondent      X

## WRIT OF MANDAMUS

### TO THE HONORABLE JUSTICES OF SAID COURT.

Comes Now Jesse Garcia, Relator, pro se, in the above style and numbered cause and respectfully files this Writ of Mandamus.

To show cause Relator will show the following:

## RELATOR

Relator Jesse Garcia, T.D.C.J. # 1269743 is an inmate incarcerated in the Texas Department of Criminal Justice - Institutional Division.

Relator has exhausted all his remidies and has no other remidies at law.

## RESPONDENT

Respondent Ramona B. Rodriguez, Clerk for the 218TH Judicial District Court, Frio County, Texas, may be served at her place of buisness at 500 E. San Antonio Box # 8 Pearsall, Texas 78061.

## VIOLATION OF TEXAS CODE OF CRIMINAL PROCEDURE ART. 11.07 SECTION 3 (c)

Relator has filed a writ of habeas corpus pursuant to T.C.C.P. art. 11.07 Section 4(a)(1) and 4(a)(2) in April 15, 2014, alleging Prosecutorial Misconduct resulting in Fraud, against assistant district attorney Leslie Carranza for Intentionally and Knowingly Misdirecting and or misleading the jury on the law durring closing arguments. (2) Ineffective assistance of Counsel for not objecting to the assistant district attorney's fraudulent misrepresentation; (3) Ineffective assistance of counsel for not requesting

a jury charge on party after the fact; (4) Ineffective assistance of Counsel for coercing guilty plea; (5) abuse of discretion by trial judge for accepting a guilty plea when evidence of Relator's innocence to the murder and or robbery was fairly raised durring trial.

On a letter dated September 24, 2014, Relator received a letter from the office of Ramona B. Rodriguez's office which stated:

Jesse Garcia               September 24, 2014

Cause no. 03-08-0096CRF-G

Jesse Garcia

This is in reference to the writ of habeas corpus that was filed in our office in April, 2014. All of the steps in filing the writ of habeas corpus have been completed. We are currently waiting on the return from the Court of Appeals.   Signed, Castleberry, deputy Clerk.

Thinking that Ms. Castleberry made a typing error, Relator wrote to the Clerk of the Court of Criminal Appeals. Mr. Able Acosta responed. No Writ found.

More than 35 days have elaped and Respondent has not forwarded Relator's Writ of habeas corpus art. 11.07 section 4(a)(1) and 4(a)(2), to the Court of Criminal Appeals.

Respondent has intentionally failed to comply with the rules and regulations set forth in the Texas Code of Criminal Procedure art. 11.07 section 3(c) and is acting in bad faith.

The act sought to be compeled is ministerial and not discretionary in nature.

Respondent is also in violation of T.C.C.P. art 2.01

## PRAYER

Wherefore, Relator Jesse Garcia, T.D.C.J. # 1269743, prays this Honorable Court GRANT this WRIT OF MANDAMUS and ORDER Ramona B. Rodriguez, Clerk, 218TH Judicial District Court, Frio County, Texas, to forward a complete copy of Relator's application for Post Conviction Relief pursuant to T.C.C.P. art 11.07 sect. 4(a)(1) and 4(a)(2) and a copy of

Relator's memorandum of laws in support of his Writ of habeas corpus art. 11.07 sect. 4(a)(1) and 4(a)(2) pursuant to T.C.C.P., to the Court of Criminal Appeals.

For this Relator prays. Relator further prays for any other relief entitled to him by law.

Executed this 5th day of Febuary, 2015

## UNSWORN DECLARATION

I, Jesse Garcia, Relator, declare under penalty of perjury that the foregoing statements in this Wit of Mandamus are true and correct to the best of my knowledge. Pursuant to § 28 U.S.C. 1746.

Jesse Garcia

## CERTIFICATE OF SERVICE

Mailed on this 5th day of Febuary, 2015 by placing in the Ellis Unit mail system, First class postage paid by Relator

Respectfully Submitted

Jesse Garcia

Jesse Garcia #1269743
Ellis Unit
1697 FM 980
Huntsville, Tx. 77343
Relator, Pro se